# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Alan Wire Company, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 4:18-cv-448 AGF |
| Paige Electric Co., LP, | ) ) ) ) |
| Defendant. | ) |

## ORDER

The above styled and numbered case was filed on March 23, 2018 and assigned to Honorable Audrey G. Fleissig, United States District Judge in the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:18-cv-00071.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-448 AGF be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 27, 2018     By: /s/ Michele Crayton
                              Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:18-cv-00071 SNLJ.**